IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-141-SLR |
| JESUS SALINAS-ESCAMILLA, | ) ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 16th day of February, 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Thursday, March 1, 2007** at **10:30** a.m. in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

/s/ Sue L. Robinson
United States District Judge