IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-141-SLR |
| | ) |
| JESUS SALINAS-ESCAMILLA, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 11th day of May, 2007,

IT IS ORDERED that the sentencing of defendant scheduled for **Wednesday, June 6, 2007 shall be held at 8:30 a.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge