UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-141-SLR |
| | : | |
| JESUS SALINAS-ESCAMILLA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Christopher S. Koyste, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Jesus Salinas-Escamilla, in the above-captioned matter.

\_\_\_/s/_____
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 4, 2007