IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 06-141-SLR |
| : | |
| JESUS SALINAS-ESCAMILLA, : | |
| : | |
| Defendant. : | |

### ORDER

In response to Mr. Salinas-Escamilla's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _5th_ day of _June_, 2007, that Defendant's Sentencing Hearing is re-scheduled for the _8th_ day of _June_, 2007 at _11:00_ (a.m.)/p.m.

_____
The Honorable Sue L. Robinson
United States District Court